# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:00CR14-001 |
| TERRY LEE ROSEBORO ) | USM No: 16092-058 |
| Date of Previous Judgment: July 9, 2001 ) | Robert C. Carpenter |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☒ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  35        Amended Offense Level:  35
Criminal History Category:  VI        Criminal History Category:  VI
Previous Guideline Range:  Life  to ____ months    Amended Guideline Range:  Life  to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):  No reduction due to mandatory statutory minimum sentence pursuant to 21 U.S.C. § 851 and career offender sentencing guidelines.  As this is not a full resentencing, the court is also unable to consider Defendant's recent medical issues at this time.  The court would only be able to fashion a new sentence on the basis of a change in health if an appropriate motion was made by the Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  July 9, 2001  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  February 4, 2010

Effective Date: _____
(if different from order date)

Richard L. Voorhees
United States District Judge